UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

United States of America,

v.

John Julius Wilnoty, III,
          Defendant.

Order Directed to Witnesses
From Jackson County Department of
Social Services

Case No. 2:08CR13

---

The above matter having come on to be heard and having been heard before the undersigned and it appearing to the Court that testimony from witnesses employed by the Jackson County Department of Social Services will be relevant in this proceeding.

**IT IS HEREBY ORDERED:**

1. That Joelean Fox and/or Teresa Kesselring of the Jackson County Department of Social Services shall be required to testify in the above matter from the confidential records of the Jackson County Department of Social Services.

This the 9th day of October, 2008.

_____
Honorable Judge Presiding